IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JESSE ALAN TORY,<br><br>          Defendant. | CASE NO.  2:21-cr-00039-JAM<br><br>**ORDER DISMISSING INDICTMENT** |

**ORDER**

The court hereby orders the indictment against defendant Jesse Alan Tory, filed on February 18, 2021, be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated:  June 23, 2025                              /s/ John A. Mendez
                                                                 THE HONORABLE JOHN A. MENDEZ
                                                                 SENIOR UNITED STATES DISTRICT JUDGE

1